# Green & Willstatter

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

November 20, 2023

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

  re: *United States v. Anthony Burton*, 17-cr-480 (KMK)

Dear Judge Karas:

  This letter is an application to appoint undersigned counsel pursuant to the Criminal Justice Act (CJA) to represent Anthony Burton in a motion to reduce his sentence pursuant to retroactive provisions of Amendment 821 of the U.S. Sentencing Guidelines Manual. Mr. Burton is serving a 70-month prison term and remains in custody. Judgment was filed January 18, 2019. In the prior proceedings in Burton's case, he was originally represented by Federal Defenders of New York, which was relieved, and I was appointed as successor counsel pursuant to the Criminal Justice Act (CJA).

  The Federal Defenders of New York, which has been screening cases for eligibility, has advised me that Mr. Burton appears to be eligible for relief under the retroactivity provisions for Amendment 821. On October 21, 2021, Hon. Laura Taylor Swain, C.J., issued Standing Order M10-468. That order appointed the Federal Defenders of New York to represent any defendant previously entitled to appointment of counsel in connection with determination of eligibility under Amendment 821 and any motion for sentence reduction under the amendment. In instances where Federal Defenders has a conflict, the standing order authorizes appointment of CJA counsel for that purpose. Moreover, CJA attorneys "who previously were appointed to represent defendants may, upon the CJA attorney's request, resume their appointment to investigate and pursue any similar claim for their clients."

Granted.

So Ordered.
[signature]
11/20/23

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green
Attorney at Law